The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THERON J. MARRS, <br><br> Defendant. | NO. CR21-5276BHS <br><br> GOVERNMENT'S RESPONSE TO MOTION FOR TERMINATION OF SUPERVISED RELEASE |

The Government has reviewed Defendant's Motion for Early Termination of Supervised Release. The Government adopts the recommendation of the United States Probation Office and respectfully moves this Court to deny the Defendant's Motion for Early Termination and continue Mr. Marrs supervised release, due to expire on January 7, 2026.

DATED this 22nd day of April, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*/s/Grady J. Leupold*
GRADY J. LEUPOLD
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Email: Grady.Leupold@usdoj.gov

Government's Response to Motion to Terminate Supervision/Marrs
CR21-5276BHS - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800